UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, } | |
| } | |
| v.  } | Case No.: 4:16-CR-264-RDP-GMB |
| } | |
| MARY ELIZABETH TREVINO, } | |
| } | |
| Defendant. } | |

### MEMORANDUM OPINION AND ORDER

This matter is before the court on Defendant Mary Elizabeth Trevino's Motion to Appoint Counsel. (Doc. # 33). In her Motion, Defendant requests the court to appoint counsel to represent her in filing a motion for compassionate release due to the COVID-19 pandemic. (Doc. # 33). She alleges that the court should grant Defendant relief from her sentence because she is approximately 55 years old and is at high risk of diabetes and heart disease. (Doc. # 33).

On October 27, 2016, Defendant pled guilty to Possession with Intent to Distribute Methamphetamine in violation of 21 U.S.C. § 841(a)(1), with penalties at 21 U.S.C. § 841(b)(1)(A). (Docs. # 15, 28). On April 13, 2017, Defendant was sentenced to be imprisoned for a term of one hundred forty-four (144) months. (Doc. # 28 at 2).

"No constitutional or statutory right to counsel exists for motions filed under § 3582; therefore, 'the decision to appoint an attorney is left to the discretion of the district court.'" *United States v. Reese*, 2020 WL 3621316, at *1 (M.D. Ala. July 2, 2020) (quoting *United States v. Webb*, 565 F.3d 789, 792 (11th Cir. 2009)) (addressing the right to counsel in the context of a § 3582(c)(2) motion). "The district court, however, may appoint counsel to a person who is financially eligible, if it determines that the 'interests of justice' so require."

*United States v. Cain*, 2020 WL 5417542, at *5 (11th Cir. Sept. 10, 2020) (citing *Webb*, 565 F.3d at 795 n.4).

The court finds that appointment of counsel is unnecessary here. Defendant has shown the ability to effectively set forth the facts, claims, and argument to prosecute her motion for compassionate release. Additionally, the claims are neither factually or legally complex, nor are the claims exceptional such that they warrant the appointment of counsel.

Defendant's Motion for Appointment of Counsel (Doc. # 33) is **DENIED**.

**DONE** and **ORDERED** this March 18, 2021.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE